UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CAUSE NO: 1:18-cv-00239-WTL-MJD |
| PNC BANK, NATIONAL ASSOCIATION, a foreign corporation, | ) ) ) ) |
|     Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Dennis Tooley, and Defendant, PNC Bank, National Association, by counsel, hereby stipulate and agree to the dismissal of the above-captioned cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, and each party to bear its own costs, fees, and expenses. The Court shall retain jurisdiction over this action solely for the purpose of enforcing the terms of the Confidential Settlement Agreement entered into by the parties.

    Respectfully submitted,

*/S/ Louis Mussman*_____
(By Koryn M. McHone, Mr. Mussman consented to his signature hereon on May 16, 2018.)
Louis I. Mussman
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Telephone: (305) 891-1322
Facsimile: (305) 891-4512
Email: Louis@kumussman.com

>Eric. C. Bohnet
>6617 Southern Cross Drive
>Indianapolis, IN 46237
>Telephone: (317) 750-8503
>Email: ehbohnet@gmail.com
>
>*Attorneys for Plaintiff, Dennis Tooley*
>
>*/S/ Koryn M. McHone*_____
>Peter A. Morse, Jr.
>Koryn M. McHone
>**BARNES & THORNBURG LLP**
>11 South Meridian Street
>Indianapolis IN 46204
>Telephone:  (317) 236-1313
>Facsimile:  (317) 231-7433
>Email:  pete.morse@btlaw.com
>           koryn.mchone@btlaw.com
>
>*Attorneys for Defendant, PNC Bank, National Association*